DISMISSAL FORM FOR CIVIL CASES ON ANT'S MOTION /SETTLEMENT 




 NO. 12-03-00049-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS



SUE RIVERS, PERSONAL REPRESENTATIVE

OF THE ESTATE OF BOBBY LYNN HARRIS, 

DECEASED, DANNA TAYLOR, PERSONAL

REPRESENTATIVE OF THE ESTATE OF 

LETRICIA KAY HARRIS, DECEASED, 

SUE RIVERS AND DANNA TAYLOR, AS §
 APPEAL FROM THE 114TH

CO-PERSONAL REPRESENTATIVES OF THE

ESTATE OF CARRIE GAIL HARRIS, SUE RIVERS

AND DANNA TAYLOR, CO-PERSONAL 

REPRESENTATIVES OF THE ESTATE OF 

CANDY MICHELLE HARRIS, DELLA RUTH HARRIS

AND EDGAR BLANKENSHIP,

APPELLANTS



V.
§
 JUDICIAL DISTRICT COURT OF


HARRIS LINE SERVICE CO., INC., 

WOOD COUNTY, BILL SKINNER, 

BILLY BLUNT, JOE THOMPSON,

AND BILLY WHITE, AS PERSONAL

REPRESENTATIVE OF THE ESTATE 

OF RICHARD ROYCE KNIGHT, DECEASED

APPELLEES
§
 WOOD COUNTY, TEXAS






MEMORANDUM OPINION


PER CURIAM


 Appellants have filed a motion to dismiss this appeal, and all other parties to the appeal have
been given notice of the filing of this motion. Because Appellants have met the requirements of
Rule of Appellate Procedure 42.1(a)(2), the motion is granted, and the appeal is dismissed.

Opinion delivered March 12, 2003.

Panel consisted of Worthen, C.J. and Griffith, J.

(PUBLISH)